IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WENDY LORRAINE THOMPSON                                        PLAINTIFF

v.                       Case No. 4:11-cv-581-DPM

JOHN MAPLES; LASSITER; LINDA
DIXON; MCPHERSON UNIT;
CORRECTIONAL MEDICAL SERVICES;
D. PRATT; HUTTON; MASON; and TINER                             DEFENDANTS

JUDGMENT

Thompson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 February 2012